

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) DOCKET NO. 4:19-MJ-180 |
| | ) (Misdemeanor) |
| ANUBIAN R. ASARA-EL | ) VA 19 |
| | ) Court Date: December 9, 2019 |
| | ) Time: 8:30 a.m. |

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor) Ticket No. 7245174

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 30, 2019, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, ANUBIAN R. ASARA-EL, did knowingly and unlawfully possess some quantity of cocaine, a controlled substance. (In violation of Title 21, United States Code, Section 844.)

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: *[signature]*
STACEY N. JACOVETTI
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
stacey.n.jacovetti.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on <u>Nov 19</u>, 2019, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant ANUBIAN R. ASARA-EL.

*Stacey Jacovetti*
STACEY N. JACOVETTI
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
stacey.n.jacovetti.mil@mail.mil